UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) ) v. ) ) KEION ROWELL,           ) ) Defendant. ) ) | Criminal No. 22-cr-10126-LTS |

VERDICT FORM

WE, THE JURY, FIND AS TO THE DEFENDANT, KEION ROWELL:

1. COUNT ONE:
   Sex Trafficking of a Minor          GUILTY __✓__ NOT GUILTY _____

14 September 2023
DATE

/s/ Foreperson
FOREPERSON'S SIGNATURE

@3:17pm Relu[?]
9/14/23